IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AUSTYN BRAWLEY                                                          PLAINTIFF

v.                            No: 4:20-cv-001424-LPR

KAREN GRANT, *et al.*                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order filed this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Austyn Brawley's Complaint is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 28th day of May 2021.

                                                      _____
                                                      LEE P. RUDOFSKY
                                                      UNITED STATES DISTRICT JUDGE